UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ALEXANDER HEATH,<br><br>        Petitioner,<br><br>  v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | No. EDCV 12-68 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 29, 2012.

_____
S. JAMES OTERO
United States District Judge